IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FILED
MAR 1 3 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

CAPITAL ONE BANK (USA), N.A. and
CAPITAL ONE SERVICES, INC.,

        Plaintiffs,

v.        Civil Action No. 2:08-0165

DARRELL V. McGRAW, JR. in his official
capacity as West Virginia Attorney General,

        Defendants.

### PLAINTIFF CAPITAL ONE BANK (USA), N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to F. R. Civ. P. 7.1, Capital One Bank (USA), N.A., ("COBUSANA"), by counsel, makes the following disclosure:

Capital One Financial Corporation is the parent corporation of COBUSANA. COBUSANA is a national banking association organized under federal law. The common stock of Capital One Financial Corporation is publicly traded. Capital One Financial Corporation is the only entity that is publicly held. There are no other publicly-held companies owning 10% or more of COBUSANA.

        CAPITAL ONE BANK (USA), N.A.

        By Spilman Thomas & Battle, PLLC

        Niall A. Paul (WV State Bar No. 5622)
        Bruce M. Jacobs (WV State Bar No. 6333)
        300 Kanawha Boulevard, East (25301)
        PO Box 273
        Charleston, WV  25321-0273
        (304) 340-3800
        (304) 340-3801 *(facsimile)*
        npaul@spilmanlaw.com