IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

FILED

MAR 1 3 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

CAPITAL ONE BANK (USA), N.A. and
CAPITAL ONE SERVICES, INC.,

    Plaintiffs,

v.              Civil Action No. 2:08-0165

DARRELL V. McGRAW, JR. in his official
capacity as West Virginia Attorney General,

    Defendants.

**PLAINTIFF CAPITAL ONE SERVICES, INC.'S
CORPORATE DISCLOSURE**

Comes now plaintiff Capital One Services, Inc. (hereinafter "COSI"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and makes the following disclosure:

Capital One Financial Corporation is the parent corporation of COSI. COSI is a nongovernmental corporate party. The common stock of Capital One Financial Corporation is publicly traded. Capital One Financial Corporation is the only entity that is publicly held. There are no other publicly-held companies owning 10% or more of COSI.

            CAPITAL ONE SERVICES, INC.

            By Spilman Thomas & Battle, PLLC

            _____
            Niall A. Paul (WV State Bar No. 5622)
            Bruce M. Jacobs (WV State Bar No. 6333)
            300 Kanawha Boulevard, East (25301)
            PO Box 273
            Charleston, WV 25321-0273
            (304) 340-3800
            (304) 340-3801 (*facsimile*)
            npaul@spilmanlaw.com