IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CAPITAL ONE BANK (USA), N.A., et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:08-cv-00165

DARRELL V. MCGRAW, JR.,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order granting in part and denying in part the defendant's motion to dismiss, the court **ORDERS** that judgment be entered in favor of plaintiff Capital One Bank (USA), N.A., with respect to the relief it seeks, and that judgment be entered in favor of the defendant on all other claims asserted by the plaintiffs. The court **ORDERS** that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                        ENTER:      June 26, 2008

                        Joseph R. Goodwin, Chief Judge