IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**CAPITAL ONE BANK (USA), N.A., and
CAPITAL ONE SERVICES, INC.,**

      Plaintiffs,

v.                                                     **CIVIL ACTION NO. 2:08-CV-00165**

**DARRELL V. McGRAW, JR.,** in his official
capacity as West Virginia Attorney General,

      Defendant.

## MOTION FOR HEARING ON
## DEFENDANT'S MOTION TO MODIFY JUNE 26, 2008
## ORDER OF THIS COURT AND THE RESPONSES THERETO

On August 19, 2009, the State of West Virginia moved the Court to modify its June 26, 2008 injunction by dissolving the prohibition of the Attorney General's suing Capital One Bank (USA), N.A. to enforce non-preempted substantive state laws. On September 4, 2009, Capital One Bank and Capital One Services, Inc., filed their response to the motion. On September 14, 2009, the State of West Virginia filed its reply to Plaintiffs' response.

WHEREFORE, the State of West Virginia requests that a hearing be scheduled in this matter to consider and act upon the State's motion and the responses thereto.

1

Respectfully submitted,

DARRELL V. McGRAW, JR.
ATTORNEY GENERAL

By counsel

**s/ FRANCES A. HUGHES**
Frances Hughes Bar Number: 1816
CHIEF DEPUTY ATTORNEY GENERAL
State Capitol Complex
Building 1, Room W-435
Charleston, WV 25305
Telephone: 304-558-2021

**s/CHARLI FULTON**
Charli Fulton Bar Number: 1314
SENIOR ASSISTANT ATTORNEY GENERAL
Consumer Protection Division
Post Office Box 1789
Charleston, West Virginia 25326-1789
Telephone: 304-558-8986
Facsimile: 304-558-0184

**s/ TROY N. GIATRAS**
Troy Giatras Bar Number: 5602
Giatras & Webb
118 Capitol Street, Suite 400
Charleston, West Virginia 25301
Telephone: 304-343-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**CAPITAL ONE BANK (USA), N.A., and
CAPITAL ONE SERVICES, INC.,**

        Plaintiffs,

v.                                                      **CIVIL ACTION NO. 2:08-CV-00165**

**DARRELL V. McGRAW, JR.,** in his official
capacity as West Virginia Attorney General,

        Defendant.

## CERTIFICATE OF SERVICE

I, Charli Fulton, Sr. Assistant Attorney General, Consumer Protection/Antitrust Division, do hereby certify that a true and accurate copy of the foregoing **MOTION FOR HEARING ON DEFENDANT'S MOTION TO MODIFY JUNE 26, 2008 ORDER OF THIS COURT AND THE RESPONSES THERETO**, was served upon the Plaintiffs by electronic transmission, this 2nd day of October, 2009 as follows:

Niall A. Paul, WV Bar No. 5622
Bruce M. Jacobs, WV Bar No. 6333
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, West Virginia 25301

and by serving a copy by United States First Class Mail this 2nd day of October, 2009 as follows:

James R. McGuire (Visiting Attorney)
Rata F. Lin (Visiting Attorney)
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482

*/s/ Charli Fulton*
State Bar No. 1314
Senior Assistant Attorney General
Consumer Protection/Antitrust Division
Post Office Box 1789
Charleston, West Virginia 25326-1789